UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northland Hearing Centers, Inc., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>Travelers Casualty and Surety Company of America, <br><br>　　　　　　　　Defendant. | Court File No.: _____ <br><br>**NOTICE OF REMOVAL** |

To:　Clerk of the United States District Court for the District of Minnesota; and Plaintiff and its attorneys, Christopher H. Yetka, Barnes & Thornburg LLP, 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402:

Defendant Travelers Casualty and Surety Company of America (hereinafter "Defendant") through counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby submits this Notice of Removal of the above-captioned action to the United States District Court, District of Minnesota.  In support of its Notice of Removal of the above-captioned action from the State of Minnesota, District Court, County of Hennepin, Fourth Judicial District, Defendant avers as follows:

　　　　1.　　On or about August 7, 2018, an action entitled *Northland Hearing Centers, Inc. v. Travelers Casualty and Surety Company of America* in the State of Minnesota, County of Hennepin, Fourth Judicial District was commenced by service of the Summons and Complaint upon Defendant. A true and correct copy of the Summons and Complaint is attached as Exhibit A.

2. This Notice of Removal is being filed less than thirty (30) days after Defendant received a copy of the Summons and Complaint and is therefore timely under 28 U.S.C. § 1446(b).

3. The above-captioned action is one which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, in that:

   a. Plaintiff Northland Hearing Centers, Inc. is a Minnesota corporation with its principal place of business in Minnesota;

   b. Defendant Travelers Casualty and Surety Company of America is a Connecticut corporation with its principal place of business in Connecticut;

   c. Pursuant to Paragraph 41 of Plaintiff's Complaint, the amount in controversy exceeds the sum of $75,000.

5. Pursuant to 28 U.S.C. § 1441(a), the United States District Court, District of Minnesota is the appropriate venue for removal of the pending action in the State of Minnesota, County of Hennepin, Fourth Judicial District.

6. Exhibit A, the Summons and Complaint, are the only process, pleadings or other orders that have been served upon Defendant. Defendant is not aware that any other process, pleadings, or orders have been filed or served.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this case together with a copy of this Notice of Removal and Exhibit A is being filed with the state

court and concurrently served upon Plaintiff.  A true and correct copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

**WHEREFORE**, Defendant prays that the action currently pending in the State of Minnesota, County of Hennepin, Fourth Judicial District, and all further proceedings in this action be conducted in the United States District Court for the District of Minnesota as provided by law.

Dated:  August 27, 2018　　　　　　　　　MEAGHER & GEER, P.L.L.P.

　　　　　　　　　　　　　　　　　　　　 s/ Joel T. Wiegert
　　　　　　　　　　　　　　　　　　　　Joel T. Wiegert (#306149)
　　　　　　　　　　　　　　　　　　　　33 South Sixth Street, Suite 4400
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　Tel:  612-338-0661
　　　　　　　　　　　　　　　　　　　　Fax: 612-338-8384
　　　　　　　　　　　　　　　　　　　　jwiegert@meagher.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*